

**The following constitutes the order of the court.
Signed December 4, 2015**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Vincent Herrera,

    Debtor.

No. 15-41098

Chapter 13

**MEMORANDUM ON DEBTOR'S EX PARTE MOTION TO VACATE ORDER OF DISMISSAL**

On November 18, 2015, the Court entered an order dismissing the above-captioned Chapter 13 case (Doc. 60)(the "Dismissal Order"). The Dismissal Order was entered after Debtor failed to comply with the Court's *Order After Hearing* (doc. 58) requiring Debtor to either (a) become current on his plan payments by November 7, 2015, or (b) file a Motion to Modify by that date.

On December 3, 2015, Debtor filed his *Ex Parte Motion to Vacate the Dismissal Order* (doc. 62)(the "Motion"). The Court will not grant Debtor's Motion absent notice to the Trustee.

| | |
|---|---|
| 1 | The Motion must be properly served in accordance with the |
| 2 | appropriate rules and procedures.  As well, there are standard |
| 3 | procedures for setting a hearing and/or expediting the time for |
| 4 | a hearing with which Debtor must comply. |
| 5 | |
| 6 | **\*END OF MEMO\*** |

**COURT SERVICE LIST**

All ECF Participants.